IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAMADRAE J. CHAPMAN,

    Petitioner,

  -vs-

UNITED STATES OF AMERICA,

    Respondent.                                No. 16-cv-691-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 18, 2016 (Doc. 11), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT


                                  BY:  s/*Caitlin Fischer*
                                               Deputy Clerk

Dated: August 23, 2016

                              Digitally signed by
                              Judge David R.
                              Herndon
                              Date: 2016.08.23
                              09:24:20 -05'00'
APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT